CENTRAL RAILROAD & BANKING CO. OF GEORGIA et al. v. COLUMBUS IRON-WORKS CO. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 642. Appeal from the Circuit Court of the United States for the Southern District of Georgia. A. R. Lawton, J. M. Cunningham, and Marion Erwin, for appellants. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellee. Dismissed, pursuant to the twentieth rule.

CENTRAL RAILROAD & BANKING CO. OF GEORGIA et al. v. McCANTS. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 643. Appeal from the Circuit Court of the United States for the Southern District of Georgia. A. R. Lawton, J. M. Cunningham, and Marion Erwin, for appellants. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellee. Dismissed, pursuant to the twentieth rule.

CRANE v. EWING. (Circuit Court of Appeals, First Circuit. October 18, 1898.) No. 253. In Error to the Circuit Court of the United States for the District of Massachusetts. Alfred Hemenway and Arthur H. Wellman, for plaintiff in error. Hollis R. Bailey and Lawrence Bond, for defendant in error. Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges. Dismissed, without costs, per stipulation.

Ex parte FRANKLIN MIN. CO. (Circuit Court of Appeals, Sixth Circuit. January 3, 1899.) No. 679. Petition for writ of mandamus. Horace G. Stone and Morison R. Waite, for petitioner. Petition denied.

IRON SILVER MIN. CO. v. SEDAM et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1898.) No. 778. Appeal from the Circuit Court of the United States for the District of Colorado. Edward O. Wolcott and Joel F. Vaile, for appellant. Dismissed for failure to print record, pursuant to the twenty-third rule.

THE JULIA S. BAILEY. (Circuit Court of Appeals, First Circuit. September 2, 1898.) No. 257. Appeal from the District Court of the United States for the District of Maine. George E. Bird, for appellant. Benjamin Thompson, for appellee. Before COLT, Circuit Judge, and ALDRICH, District Judge. Dismissed, without costs.

McDOUGALL v. MOULTON. SAME v. CRAWFORD. SAME v. ABERDEEN BANK. SAME v. BLODGETT. (Circuit Court of Appeals, Ninth Circuit. September 12, 1898.) Nos. 475-478. Appeals from the Circuit Court of the United States for the District of Washington. Ben Sheeks and John C. Hogan, for appellees. Dismissed, with costs, pursuant to the sixteenth rule.

MARBLE v. STEVENSON. (Circuit Court of Appeals, Ninth Circuit. October 3, 1898.) No. 420. Appeal from the Circuit Court of the United States for the Southern District of California. John D. Works and Brander W.

Lee, for appellant. W. P. Gardiner, W. A. Harris, and Willoughby Rodman (Haven & Haven, of counsel), for appellees. Dismissed for failure to print record, pursuant to the twenty-second rule. See 84 Fed. 23.

---

MICHIGAN CENT. R. CO. v. MURPHY. (Circuit Court of Appeals, Sixth Circuit. December 5, 1898.) No. 581. In Error to the Circuit Court of the United States for the Western District of Michigan. Crane, Norris & Stevens and Ashley Pond, for plaintiff in error. L. A. Tabor, for defendant in error. Dismissed per stipulation.

---

MOSS v. DOWNMAN. (Circuit Court of Appeals, Eighth Circuit. September 1, 1898.) No. 1,041. Appeal from the Circuit Court of the United States for the District of Minnesota. Appeal to the supreme court of the United States allowed. See 82 Fed. 810; 31 C. C. A. 447, 88 Fed. 181.

---

NUNEMACHER v. THOMAS et al. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 645. Appeal from the Circuit Court of the United States for the Southern District of Georgia. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellant. Marion Erwin, for appellees. Dismissed, pursuant to the twentieth rule.

---

THE PHILLIPS EATON. (Circuit Court of Appeals, First Circuit. September 2, 1898.) No. 256. Appeal from the District Court of the United States for the District of Maine. George E. Bird, for appellants. Benjamin Thompson, for appellee. Before COLT, Circuit Judge, and ALDRICH, District Judge. Dismissed, without costs.

---

In re PUT-IN-BAY WATERWORKS, LIGHT & RAILWAY CO. (Circuit Court of Appeals, Sixth Circuit. May 24, 1898.) No. 619. Petition for a writ of mandamus requiring the Hon. Henry F. Severens, acting as circuit judge, to dismiss the case of Electrical Supply Co. v. Industrial & Mining Guaranty Co., under the decision of this court in 16 U. S. App. 196, 7 C. C. A. 471, and 58 Fed. 732. Foraker, Outcalt, Granger & Prior, for petitioner. William C. Cochran and Parks & Van Campen, opposing. Denied.

---

SMITH et al. v. GREAT NORTHERN RY. CO. (Circuit Court of Appeals, Ninth Circuit. September 6, 1898.) No. 456. Appeal from the Circuit Court of the United States for the Eastern Division of the District of Washington. W. A. Lewis, for appellants. Will H. Thompson, for appellee. Dismissed, without costs to either party, per stipulation.

---

STROBEL et al. v. FERST et al. (Circuit Court of Appeals, Fourth Circuit. November 5, 1898.) No. 249. Appeal from the Circuit Court of the United States for the District of South Carolina. William A. Barber, Atty. Gen., for appellants. Mordecai & Gadsden and Howell, Gruber & Bostick, for appellees. No opinion. Reversed, and cause remanded to the circuit court, with instructions to dismiss the complainants' bill; appellants to recover costs in this court.